# United States District Court
## Violation Notice

EV64

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4109936 | AMAYA | 40 |

4109936

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 01/16/2016  1525 | 36 CFR 421 CO |

Place of Offense

S/B GWMP @ TURKEY RUN

Offense Description: Factual Basis for Charge      HAZMAT ☐

SPEED 75/50

① UX075933 / 1708'4"

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| GORDON | MICHAEL | R |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 5AM7158 | MD | 07 | SCIO/TC | | GRY |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

| | $ | 145 | Forfeiture Amount |
|---|---|---|---|
| | | + $25 | Processing Fee |
| PAY THIS AMOUNT → | $ | 170 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court 401 Courthouse Square Alexandria, VA 22314 (703) 299-2100 | 03/24/2016  Time (hh:mm)  0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)      Original - CVB Copy

CVB SCAN JAN 25, 2016 16:55

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN JAN 25, 2016 16:55