IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Violation #4109936 |
| MICHAEL GORDON ) | 16PO728 |
| ) | |
| Defendant. ) | |

## CONSENT CONTINUANCE ORDER

THE COURT upon consideration of the Motion to Continue filed by defendant, by and through his counsel, who is seeking a first continuance of this matter on the basis that defense counsel will be outside the United States on pre-scheduled travel; and

WHEREAS there will be no prejudice to any party or person as the police officer who serves as the witness for the government will be in court on April 14, 2016 and April 28, 2016; and

WHEREAS the government does not oppose the requested continuance and for good cause shown, it is hereby ORDERED;

This case is hereby continued from March 24, 2016 to April 14, 2016.

Date: 2/26/2016

/s/
Ivan D. Davis
~~United States Magistrate Judge~~
Magistrate Judge Ivan Davis

I ask for this:

Sean E. Underwood, VSB 36117
Counsel for Defendant
Law Office of Sean E. Underwood
2121 Eisenhower Avenue, Suite 200
Alexandria, VA 22314
Tel. 703-339-3500
Fax. 703-684-3620
Sean.underwood@cox.net



Seen and Consented:

Daniel McGraw, Esq.
Office of the United States Attorney
2100 Jamison Avenue
Alexandria, VA 22314
Tel. 703-299-3872